**EDELSBERG LAW, P.A**
Scott Edelsberg
(Cal. Bar No. 330990)
1925 Century Park E., #1700
Los Angeles, CA 90067
E: Scott@Edelsberglaw.com
T: 310-438-5355

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRYCIA RACZKIEWICZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>LAD-MB, LLC d/b/a Mercedes-Benz of Los Angeles,<br>       *Defendant*. | Case No. 2:22-cv-01431-JAK-MAR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Patrycia Raczkiewicz ("Plaintiff") and Defendant LAD-MB, LLC d/b/a Mercedes-Benz of Los Angeles ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:  All claims of Plaintiff are hereby dismissed <u>with</u> prejudice.  All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear its own costs and attorneys' fees.

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

DATED:   August 19, 2022          Respectfully submitted,


**EDELSBERG LAW, P.A**

By: */s/Scott Edelsberg*
Scott Edelsberg
(Cal. Bar No. 330990)
1925 Century Park E., #1700
Los Angeles, CA 90067
E: Scott@Edelsberglaw.com
T: 310-438-5355

*Attorneys for Plaintiff*

**MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ John W. McGuinness*
John W. McGuinness
(CA Bar No. 277322)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
E-mail: JMcGuinness@manatt.com
Telephone:   310.312.4000

*Attorneys for Defendant*

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant certifies that the foregoing document was served on all Parties and their counsel of record through the Court's CM/ECF filing system on August 19, 2022.


By: */s/Scott Edelsberg*
Scott Edelsberg

3

**STIPULATION FOR DISMISSAL WITH PREJUDICE**